**Opinion issued June 27, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-24-00302-CV**

———————————

**IN RE MARK KREIT, Relator**

———————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————

**MEMORANDUM**

Relator has filed a petition for writ of mandamus challenging an order for interim attorney's fees.[*]

Our review of relator's mandamus petition reflects that it fails to establish that he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3(j) (person "filing the petition must certify that he or she has reviewed the petition and concluded that

---

[*] The underlying case is *Pauline Kreit El Khoury v. Mark Maher* Kreit, cause number 2022-15859, pending in the 310th District Court of Harris County, Texas, the Honorable Sonya Heath, presiding.

every factual statement in the petition is supported by competent evidence included in the appendix or record"), 52.3(k)(1)(A) (relator required to provide appendix which "must contain" certified or sworn copy of any "document showing the matter complained of"), 52.7(a)(1) (relator "must file" record with mandamus petition containing "certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"), 52.8(a); *see also Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992) ("Our requirement that mandamus will not issue where there is an adequate remedy by appeal is well-settled."). Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Chief Justice Adams, and Justices Kelly and Goodman.